**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00557-CV

### CHARLES ANTHONY ALLEN SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

On August 18, 2015, we ordered Dallas County District Clerk Felicia Pitre to file the clerk's record no later than August 31, 2015. To date, however, the record has not been filed. Accordingly, we again **ORDER** Ms. Pitre to file the record. The record shall be filed no later than September 14, 2015. We **DENY** as moot appellant's "motion for substitute service."

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     CRAIG STODDART
        JUSTICE